IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DAVID MCCANN,<br><br>    Plaintiff,<br><br>v.<br><br>FRANKLIN PLAZA, INC. d/b/a CREEKSIDE SHOPPES,<br><br>    Defendant. | Case No. 2:22-cv-00671-MRH |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff David McCann and Defendant Franklin Plaza, Inc., by and through their undersigned counsel and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate that:

1. This action shall be DISMISSED with prejudice as between Plaintiff and Defendant;

2. Each party shall bear their own costs and fees, including attorneys' fees, incurred in connection with this action.

Dated: March 15, 2023                              Respectfully submitted,

*/s/ James W. Creenan*                             */s/ R. Bruce Carlson*
James W. Creenan, Esquire                          R. Bruce Carlson
Joanne L. Parise, Esquire                          **CARLSON BROWN**
CREENAN & BACZKOWSKI, PC                           222 Broad St.
3907 Old William Penn Highway                      PO Box 242
Suite 304                                          Sewickley, PA 15143
Murrysville, PA 15668                              bcarlson@carlsonbrownlaw.com
(724) 730-8832                                     (724) 730-1753
(724) 730-8834 (fax)
jcreenan@cbattorneys.com                           Nicholas Colella
jparise@cbattorneys.com                            **LYNCH CARPENTER, LLP**
                                                   1133 Penn Avenue, 5th Floor
*Attorneys for Defendant*                          Pittsburgh, PA 15222
                                                   (412) 322-9243
                                                   NickC@lcllp.com

                                                   *Attorneys for Plaintiff*